**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. WEBSTER CO–OPERATIVE DAIRY ASSOCIATION.**

No. 13943.

United States Court of Appeals
Eighth Circuit.

April 19, 1949.

David P. Findling, General Counsel, National Labor Relations Board, and A. Norman Somers, Assistant General Counsel National Labor Relations Board, Washington, D. C., for petitioner.

Sullivan & Sharood, St. Paul, Minn., for respondent.

208

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation of parties filed with Board, and petition for enforcement.